IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

PRINCESS WILLIAMS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

Case No.  5D22-2340
LT Case No. 2018-CF-001045

Decision filed July 18, 2023

Appeal from the Circuit Court
for Flagler County,
Terrence Perkins, Judge.

Matthew J. Metz, Public Defender, and Victoria R. Cordero, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, EISNAUGLE and SOUD, JJ., concur.